IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01714-CMA-MEH

JOHN HEDLUND,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C.,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 9, 2011.**

    In the interests of justice and at this early stage of the litigation, Defendant's Unopposed Motion for Leave to File Amended Answer and Affirmative Defenses Pursuant to Fed. R. Civ. P. 15(a)(2) [filed September 7, 2011; docket #8] is **granted**.  The Clerk of the Court is directed to file the First Amended Answer and Affirmative Defenses located at docket #8-2.