IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01714-CMA-MEH

JOHN HEDLUND,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 14, 2011.**

    The Stipulated Motion for Entry of Protective Order [filed September 13, 2011; docket #13] is **granted**. The proposed Protective Order is accepted, issued and filed contemporaneously with this minute order.